UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| WILLIAM ALLEN RIMMEL, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-CV-223 |
| BOBBIE J. BURKE, | ) ) ) |
| Defendant. | ) ) |

# JUDGMENT

This matter came before the Court on Plaintiff's Motion to Dismiss. [Doc. 49]. For the reasons stated in the Court's contemporaneously filed Order, the Plaintiff's Motion is **GRANTED**. It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**, subject to the following conditions: (1) should Plaintiff decide to refile his case, it must be refiled in the Eastern District of Tennessee before this Court, and it must be filed within the time period permitted by law; (2) all previous rulings and entries on the docket for this case must stand; and (3) if Plaintiff prevails in his refiled case, he must pay Defendant's expenses, costs, and fees for work performed in the first action that cannot be used in the second. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/ *LeAnna R. Wilson*
District Court Clerk